UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04488-MWC-DSR Date: November 9, 2026

Title ***JUAN ANTONIO VILLATORO v. MARKWAYNE MULLIN, et al.***

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY FINAL JUDGMENT SHOULD NOT BE ENTERED ON TERMS OF PRELIMINARY INJUNCTION**

Petitioner filed both a Petition for Writ of Habeas Corpus and an Application for Temporary Restraining Order in this case on August 9, 2026. See Doc. Nos. 1, 2. On August 12, 2026, Respondents filed an "Answer to Petition for Writ of Habeas Corpus and Opposition to Application for Temporary Restraining Order." See Doc. No. 10. On August 25, 2026, the District Judge granted Petitioner's Ex Parte Application for Temporary Restraining Order and ordered that Petitioner be immediately released from immigration detention, as well as enjoining his re-detention absent notice and pre-deprivation hearing before a neutral adjudicator. See Doc. No. 12 at p. 16. On September 8, 2026, the District Judge discharged the Temporary Restraining Order and granted a Preliminary Injunction mandating the same relief. See Doc. No. 16.

A status conference in the above-referenced matter is hereby set for **10:00 a.m. on November 16, 2026,** in Courtroom 690 of the Roybal Federal Building and Courthouse. The parties are ordered to show cause at the status conference why the preliminary relief entered by the District Judge should not be converted immediately to a final judgment on the merits for the same reasons and on the same terms provided in the order granting preliminary relief. See 28 U.S.C. § 2243; Fed. R. Civ. P. 56(f); cf. Fed. R. Civ. P. 65(a)(2).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04488-MWC-DSR Date: November 9, 2026

Title ***JUAN ANTONIO VILLATORO v. MARKWAYNE MULLIN, et al.***

The parties may discharge this show-cause order by filing a stipulation and proposed judgment granting the 28 U.S.C. § 2241 petition for the same reasons and on the same terms already provided in the District Judge's order granting preliminary relief no later than **November 12, 2026**. If the parties file a stipulation and proposed judgment granting the petition, the parties do not have to appear at the November 16th status conference.

Nothing in the stipulation or proposed judgment, once entered, should or will be deemed a waiver on appeal of the government's existing documented arguments or position in this case opposing the grant of federal habeas relief for the same reasons and on the terms provided in the order rejecting those arguments or positions and granting preliminary relief.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK